**PLAINTIFFS**

THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL.

AMERICAN PETROLEUM INSTITUTE.

CHEVRON U.S.A. INC.

**DEFENDANTS**

NATIONAL MARINE FISHERIES SERVICE

HOWARD LUTNIK, in his official capacity as Secretary of Commerce

**PLAINTIFFS' ATTORNEYS**

ELIZABETH B. MURRILL (#20685)
Attorney General of Louisiana

CAITLIN A. HUETTEMANN (#40402)
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 888-7903
HuettemannC@ag.louisiana.gov

*Attorneys for the State of Louisiana*

JAMES A. HOLMES – BAR #20571
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Tel: (504) 561-5700
jaholmes@christovich.com

STOEL RIVES LLP
Ryan P. Steen (pro hac vice pending)
ryan.steen@stoel.com
Jason T. Morgan (pro hac vice pending)
jason.morgan@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for American Petroleum Institute*

Michael R. Phillips (#21020)
Claire E. Juneau (#33209)
Jeffrey J. Gelpi (#37130)
KEAN MILLER LLP
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
(504) 585-3050
mike.phillips@keanmiller.com
claire.juneau@keanmiller.com
jeff.gelpi@keanmiller.com

Sarah C. Bordelon (pro hac vice pending)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

*Attorneys for Chevron U.S.A. Inc.*

128985714.1 0078439-00057