IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA,**<br>**By and through its Attorney General, LIZ MURRILL.**<br><br>**AMERICAN PETROLEUM INSTITUTE;** and,<br><br>**CHEVRON U.S.A. INC,**<br><br>     Plaintiffs,<br><br>v.<br><br>**NATIONAL MARINE FISHERIES SERVICE;** and<br><br>**HOWARD LUTNIK, in his official capacity as the Secretary of Commerce,**<br><br>     Defendants. | **CIVIL ACTION NO. 2:25-cv-00691-JDC-TPL**<br><br>**Hon. James D. Cain, Jr.**<br><br>**Magistrate Judge Thomas P. LeBlanc** |

## **EX PARTE MOTION TO CORRECT TYPOGRAPHICAL ERROR IN CASE CAPTION**

Plaintiffs State of Louisiana, the American Petroleum Institute, and Chevron U.S.A. Inc. filed their Complaint against Defendants National Marine Fisheries Service and Howard Lutnick in his official capacity as the Secretary of Commerce on May 20, 2025. Dkt. 1. In their complaint, Plaintiffs misspelled Secretary Lutnick's last name as "Lutnik" in the case caption and in the body of the complaint. Dkt. 1 at 1, 9. As a result, the case caption in CM/ECF reflects the typographical error and Secretary Lutnick's name remains misspelled as a Defendant in this case. If the court finds it necessary, Plaintiffs can file an amended Complaint with the correct spelling of Secretary Lutnick's last name. In compliance with Local Rule 7.4.1, the parties have conferred and defendants consent to the motion.

1

129133774.1 0078439-00078

WHEREFORE, Plaintiffs respectfully request this Motion be granted to correct the typographical error in the case caption. Plaintiffs also respectfully request additional guidance as to whether an amended complaint should be filed with the correct spelling of Secretary Lutnick's last name.

Respectfully submitted,

| | |
|---|---|
| /s/James A. Holmes | ELIZABETH B. MURRILL |
| **JAMES A. HOLMES – BAR #20571** | Attorney General of Louisiana |
| **CHRISTOVICH & KEARNEY, LLP** | /s/ Caitlin A. Huettemann |
| 601 Poydras Street, Suite 2300 | **CAITLIN A. HUETTEMANN – BAR #40402** |
| New Orleans, LA 70130-6078 | Assistant Solicitor General |
| Tel: (504) 561-5700 | OFFICE OF THE ATTORNEY GENERAL |
| jaholmes@christovich.com | 1885 N. 3rd St. |
| | Baton Rouge, LA 70802 |
| **STOEL RIVES LLP** | (225) 888-7903 |
| Ryan P. Steen (*pro hac vice*) | HuettemannC@ag.louisiana.gov |
| Jason T. Morgan (*pro hac vice*) | *Attorneys for the State of Louisiana* |
| Tiffany M. Wang (*pro hac vice*) | |
| 600 University Street, Suite 3600 | |
| Seattle, WA 98101 | /s/ Claire E. Juneau |
| Telephone: 206.624.0900 | Michael R. Phillips (#21020) |
| Facsimile: 206.386.7500 | Claire E. Juneau (#33209) |
| ryan.steen@stoel.com | Jeffrey J. Gelpi (#37130) |
| jason.morgan@stoel.com | **KEAN MILLER LLP** |
| tiffany.wang@stoel.com | Bank Plus Tower |
| *Attorneys for American Petroleum Institute* | 909 Poydras St., Suite 3600 |
| | New Orleans, LA 70112 |
| | (504) 585-3050 |
| | mike.phillips@keanmiller.com |
| | claire.juneau@keanmiller.com |
| | jeff.gelpi@keanmiller.com |
| | Sarah C. Bordelon (*pro hac vice*) |
| | HOLLAND & HART LLP |
| | 5470 Kietzke Lane, Suite 100 |
| | Reno, NV 89511 |
| | (775) 327-3011 |
| | scbordelon@hollandhart.com |
| | *Counsel for Plaintiff Chevron U.S.A. Inc.* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have served a copy of the above and foregoing document on all known counsel of record filing this motion via CM/ECF this 10th day of June 2025.

                                                   */s/ James A. Holmes*

129133774.1 0078439-00078