IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, By and through its Attorney General, LIZ MURRILL; <br><br> AMERICAN PETROLEUM INSTITUTE; <br><br> and, <br><br> CHEVRON U.S.A. Inc., <br><br>          Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; and <br><br> HOWARD LUTNICK, in his official capacity as the Secretary of Commerce, <br><br>          Defendants. | Hon. James D. Cain, Jr. <br><br> CIVIL ACTION NO. 2:25-cv-691 <br><br> **Joint Stipulated Briefing Schedule** |

**JOINT STIPULATED BRIEFING SCHEDULE**

In this Administrative Procedure Act suit, Plaintiffs the State of Louisiana, the American Petroleum Institute (API), and Chevron U.S.A. Inc. challenge the Biological Opinion issued by Defendant National Marine Fisheries Service (NMFS) on May 20, 2025. NMFS' Biological Opinion addresses activities regulated by the U.S. Bureau of Ocean Energy Management and the U.S. Bureau of Safety and Environmental Enforcement (collectively, the "Bureaus") under the Outer Continental Shelf Oil and Gas Program in the Gulf of America (the "Oil and Gas Program") and evaluates the effects of those activities on threatened and endangered species pursuant to Section 7 of the Endangered Species Act.

Following the filing of the Complaint on May 20, 2025, the Parties immediately began discussions to set a schedule to allow prompt resolution of this case. The Parties agree that this matter is an action for review on the basis of NMFS' administrative record for which the requirements of Federal Rule of Civil Procedure 26 do not apply, as this case will be resolved through cross-motions for summary judgment.

Accordingly, the Parties stipulate to the following schedule to facilitate an expedited decision on the merits.

| | |
|---|---|
| July 14, 2025 | Federal Defendants file responsive pleading and lodge the Administrative Record. |
| August 4, 2025 | Deadline for amendment of pleadings and any motions regarding the sufficiency of the Administrative Record.[1] |
| August 11, 2025 | Plaintiffs' file motion for summary judgment. |
| September 15, 2025 | Federal Defendants file combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment. |
| October 6, 2025 | Plaintiffs file combined opposition to Federal Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment. |
| October 27, 2025 | Federal Defendants file reply in support of cross-motion for summary judgment. |

The Parties also request an enlargement of the page limitations to accommodate the significant questions presented in this case. Given the importance, background, and complexity of the issues in the case, the Parties request 45 pages for Plaintiffs' motion for summary

---

[1] In the event that any Plaintiff brings a challenge to the content or scope of the Administrative Record, the Parties agree that the above schedule will be vacated. In such an event, the Parties will meet and confer and propose a revised scheduled for merits briefing within 14 days following the Court's resolution of any record dispute.

judgment, 45 pages for Federal Defendants' combined opposition and cross-motion for summary judgment, 25 pages for Plaintiffs' combined opposition and reply, and 25 pages for Federal Defendants' reply.

The Parties respectfully request that the Court enter the attached Proposed Order on the Parties' briefing schedule for cross-motions for summary judgment.

DATED this 14th day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Holmes* | ADAM R.F. GUSTAFSON, |
| **JAMES A. HOLMES – BAR #20571** | Acting Assistant Attorney General |
| **CHRISTOVICH & KEARNEY, LLP** | MEREDITH L. FLAX, |
| 601 Poydras Street, Suite 2300 | Deputy Section Chief |
| New Orleans, LA 70130-6078 | MICHAEL EITEL, |
| Tel: (504) 561-5700 | Acting Assistant Section Chief |
| jaholmes@christovich.com | |
| | */s/ Davis A. Backer* |
| **STOEL RIVES LLP** | DAVIS A. BACKER, Trial Attorney |
| Ryan P. Steen (*pro hac vice*) | United States Department of Justice |
| ryan.steen@stoel.com | Environment & Natural Resources |
| Jason T. Morgan (*pro hac vice*) | Division |
| jason.morgan@stoel.com | Wildlife & Marine Resources Section |
| Tiffany Wang (*pro hac vice*) | 999 18th Street, North Terrace, Suite 600 |
| tiffany.wang@stoel.com | Denver, Colorado 80202 |
| 600 University Street, Suite 3600 | Tel: (303) 844-1898 |
| Seattle, WA 98101 | Fax: (202) 305-0275 |
| Telephone: 206.624.0900 | Email: davis.backer@usdoj.gov |
| Facsimile: 206.386.7500 | |
| | SARA M. WARREN, Trial Attorney |
| *Attorneys for American Petroleum Institute* | United States Department of Justice |
| | Environment & Natural Resources |
| */s/ Claire Juneau* | Division |
| Michael R. Phillips (#21020) | Wildlife & Marine Resources Section |
| Claire E. Juneau (#33209) | Benjamin Franklin Station, P.O. Box |
| Jeffrey J. Gelpi (#37130) | 7611 |
| **KEAN MILLER LLP** | Washington, D.C. 20044-7611 |
| BankPlus Tower | Tel: (202) 307-1147 |
| 909 Poydras St., Suite 3600 | Fax: (202) 305-0275 |
| New Orleans, LA 70112 | Email: sara.warren@usdoj.gov |

3

(504) 585-3050
mike.phillips@keanmiller.com
claire.juneau@keanmiller.com
jeff.gelpi@keanmiller.com

Sarah C. Bordelon (*pro hac vice*)
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

Sean Marotta (*pro hac vice*)
Dana A. Raphael (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-4881
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

*Counsel for Plaintiff Chevron U.S.A. Inc.*


*/s/ Caitlin Huettemann*
**CAITLIN A. HUETTEMANN –
BAR #40402**
Assistant Solicitor General
**ELIZABETH B. MURRILL**
Attorney General of Louisiana
**OFFICE OF THE ATTORNEY GENERAL**
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 888-7903
HuettemannC@ag.louisiana.gov

*Attorneys for the State of Louisiana*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Joint Stipulated Briefing Schedule* on all known counsel of record by filing this motion via CM/ECF this 14th day of July, 2025.

*/s/ James A. Holmes*

129591237.2 0078439-00078