# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES SERVICE, et al., | * | |
| | * | |
| | * | |
| *Federal Defendants*, | * | |
| | * | |

## NOTICE OF LODGING ADMINISTRATIVE RECORD

Federal Defendants, United States National Marine Fisheries Service ("NMFS") and Howard Lutnick in his official capacity as Secretary of the United States Department of Commerce, hereby notify the Court that they have lodged the administrative record with the Court via overnight delivery. Federal Defendants have submitted two copies of the administrative record on flash drives, each of which contain: (1) the administrative record; (2) the index to the administrative record (attached hereto); and (3) the declaration certifying the index and contents of the administrative record (also attached) to the Clerk of the Court for lodging with this Court. Separate copies of the administrative record were likewise served on counsel for Plaintiffs.

Dated: July 14, 2025

ADAM R.F. GUSTAFSON,
Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division

1

Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (303) 844-1898
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 307-1147
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

*Attorneys for Federal Defendants*