IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, By and through its Attorney General, LIZ MURRILL; <br><br> AMERICAN PETROLEUM INSTITUTE; <br><br> and, <br><br> CHEVRON U.S.A. Inc., <br><br>    Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; and <br><br> HOWARD LUTNICK, in his official capacity as the Secretary of Commerce, <br><br>    Defendants. | Hon. James D. Cain, Jr. <br><br> CIVIL ACTION NO. 2:25-cv-691 <br><br> **Order Granting Briefing Schedule** |

## ORDER GRANTING BRIEFING SCHEDULE

Having considered the Parties' Joint Stipulated Briefing Schedule, the Court hereby GRANTS the requested briefing schedule as follows:

| | |
|---|---|
| July 14, 2025 | Federal Defendants file responsive pleading and lodge the Administrative Record. |
| August 4, 2025 | Deadline for amendment of pleadings and any motions regarding the sufficiency of the Administrative Record.[1] |
| August 11, 2025 | Plaintiffs file motion for summary judgment. |

---

[1] In the event that any Plaintiff brings a challenge to the content or scope of the Administrative Record, the Parties agree that the above schedule will be vacated. In such an event, the Parties will meet and confer and propose a revised scheduled for merits briefing within 14 days following the Court's resolution of any record dispute

129591246.2 0078439-00078

| September 15, 2025 | Federal Defendants file combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment. |
| --- | --- |
| October 6, 2025 | Plaintiffs file combined opposition to Federal Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment. |
| October 27, 2025 | Federal Defendants file reply in support of cross-motion for summary judgment. |

For good cause shown, the Court GRANTS the Parties' request for an enlargement of page limits. The Parties' briefs will conform to the following requirements: 45 pages for Plaintiffs' motion for summary judgment; 45 pages for Federal Defendants' combined opposition and cross-motion for summary judgment; 25 pages for Plaintiffs' combined opposition and reply; and 25 pages for Federal Defendants' reply.

IT IS SO ORDERED.

Dated: ____July 16, 2025

_____
HON. JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

129591246.2 0078439-00078