# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES SERVICE, et al., | * | |
| | * | |
| | * | |
| *Federal Defendants*, | * | |
| | * | |

## NOTICE OF LODGING ADMINISTRATIVE RECORD

Federal Defendants hereby notify the Court that a corrected copy of the administrative record has been lodged via overnight delivery on behalf of the United States National Marine Fisheries Service ("NMFS"). On July 14, 2025, Federal Defendants lodged with the Court a copy of the administrative record on behalf of NMFS. *See* ECF No. 26. It has since come to Federal Defendants' attention that there were technical issues with the index to the previously filed copy of the administrative record and a further document was inadvertently omitted.

Federal Defendants hereby lodge a corrected copy of the agency's administrative record on flash drives, each of which contains the agency's (1) corrected copy of the administrative record; (2) corrected index to the administrative record; and (3) declaration certifying the contents of the corrected administrative record to the Clerk of the Court for lodging with this Court. The corrected copy of the administrative record should replace and supersede the previous record filed with the Court. Separate copies of the corrected administrative record were likewise provided to counsel for Plaintiffs.

Dated: August 6, 2025

ADAM R.F. GUSTAFSON,
Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 307-1147
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

*Attorneys for Federal Defendants*