# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES SERVICE, et al., | * | |
| | * | |
| *Defendants*, | * | |
| | * | |

## ADMINISTRATIVE RECORD CERTIFICATION

I, Samuel D. Rauch, III, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am the Deputy Assistant Administrator for Regulatory Programs for the National Marine Fisheries Service ("NMFS"), an agency of the National Oceanic and Atmospheric Administration within the U.S. Department of Commerce. My office is located in Silver Spring, Maryland.

2. In my capacity as Deputy Assistant Administrator, I supervise staff who have custody and control of the NMFS documents that were used to compile the Administrative Record concerning the Biological and Conference Opinion on the Bureau of Ocean

Energy Management and Bureau of Safety and Environmental Enforcement's Oil and Gas Program Activities in the Gulf of America, issued May 20, 2025.

3. I certify, to the best of my knowledge and belief and based on the claims raised in the current Complaint, that the documents identified in the Administrative Record Index accompanying this declaration comprise the full and complete Administrative Record concerning the subject Biological Opinion.

4. This Administrative Record and Index are corrected copies of those filed on July 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2025

RAUCH.SAMUEL.DEAN.1365850948
Digitally signed by RAUCH.SAMUEL.DEAN.1365850948
Date: 2025.08.06 12:02:53 -04'00'

Samuel D. Rauch, III
Deputy Assistant Administrator for Regulatory Programs
National Marine Fisheries Service