

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*　　　　　　　　　　　　　　　　　*Telephone (202) 305-5469*
*P.O. Box 7611*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC 20044-7611*

August 6, 2025　RECEIVED
　　　　　　　　U.S. DISTRICT COURT
　　　　　　　WESTERN DISTRICT OF LOUISIANA

VIA OVERNIGHT DELIVERY

　　　　　　　　　　　　　　　　　　　　　AUG 1 1 2025

The Office of the Clerk
Attn: Hon. James D. Cain, Jr.　　　　　　　　　　DANIEL J McCOY, CLERK
Edwin F. Hunter, Jr. Federal Building　　　　BY:_____
611 Broad Street
Lake Charles, LA 70601
Tel: (337) 437-3870

**Re:** *Louisiana, et al. v. National Marine Fisheries Service, et al.*, **No. 2:25-cv-00691-JDC-TPL (W.D. La.)**

Dear Chambers:

　　I write on behalf of Federal Defendants, the National Marine Fisheries Service ("NMFS") and Howard Lutnick in his official capacity as Secretary of the United States Department of Commerce, in the above-captioned matter.

　　On July 14, 2025, Federal Defendants lodged with the Court a copy of the administrative record on behalf of NMFS. *See* ECF No. 26. It has since come to Federal Defendants' attention that there were technical issues with the index to the previously filed copy of the administrative record and a further document was inadvertently omitted.

　　Federal Defendants hereby lodge two corrected copies of the agency's administrative record on flash drives, each of which contains: (1) the corrected administrative record; (2) an index for the corrected administrative record; and (3) a declaration certifying the contents of the corrected administrative record to the Clerk of the Court for lodging with this Court. The corrected copy of the administrative record should replace and supersede the previous record filed with the Court. Copies of the same have been separately provided to counsel for Plaintiffs.

　　If you require any additional information, please feel free to contact me at (202) 305-5469. Thank you for your assistance.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　*/s/ Davis A. Backer*
　　　　　　　　　　　　　　　　　　Davis A. Backer
　　　　　　　　　　　　　　　　　　*Attorney for Defendants*



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*  
*c/o P.O. Box 7611*  
*Ben Franklin Station*  
*Washington, D.C. 20044-7611*

*Telephone (202) 307-1147*

VIA FEDERAL EXPRESS

July 14, 2025

Clerk of Court
U.S. District Court for the Western District of Louisiana
Edwin F. Hunter, Jr. Federal Building
611 Broad St.
Lake Charles, LA 70601
(337) 437-3870

Re:  Lodging of the Administrative Record in *Louisiana et al. v. National Marine Fisheries Service, et al.*, W.D. La. Case No. 2:25-cv-691

Dear Clerk of Court:

Enclosed are two flash drives containing the Administrative Record in the above-captioned matter, which Federal Defendants are providing on a USB drive. Please deliver one of the enclosed flash drives to the chambers of the Honorable James D. Cain, Jr. at your earliest convenience.

Sincerely,

Sara M. Warren
Trial Attorney
(202) 307-1147

Enclosures: Two identical flash drives containing the administrative record in Case No. 2:25-cv-691