UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:25-CV-00691** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NATIONAL MARINE FISHERIES SERVICE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

### IDENTIFICATION OF MANUAL ATTACHMENT

GROUP __1__ OF __2__ GROUPS

ATTACHMENTS TO:   Notice of Lodging Administrative Record

    DESCRIPTION:   Administrative Record on behalf of NMFS

    FILED BY:   National Marine Fisheries Service, Howard Lutnick

    FILE DATE:   7/14/25; 8/6/25

**************************************NOTICE**************************************

The attached document is an *original* manual attachment provided by counsel. Please return to the Clerk's Office!

This attachment could not be converted to electronic form. The original will be maintained in the division of the presiding judge, until expiration of appeal delays.

Attachment sent to the LAKE CHARLES DIVISION.

                                             **Prepared by: Tina Stewart**

DOCUMENT#: 26, 31                                                       Received by: Tina Stewart