IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA,<br>By and through its Attorney General, LIZ MURRILL<br><br>AMERICAN PETROLEUM INSTITUTE; and,<br><br>CHEVRON U.S.A. INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; and<br><br>HOWARD LUTNICK, in his official capacity as the Secretary of Commerce,<br><br>      Defendants. | CIVIL ACTION NO. 2:25-cv-00691-JDC-TPL<br><br>Hon. James D. Cain, Jr.<br><br>Magistrate Judge Thomas P. LeBlanc |

## **MOTION FOR SUMMARY JUDGMENT**

      Plaintiffs the State of Louisiana, the American Petroleum Institute ("API"), and Chevron U.S.A. Inc. ("Chevron") (collectively, "Plaintiffs") respectfully move under Federal Rule of Civil Procedure 56 for summary judgment on Claim 1, Claim 2, Claim 3, and Claim 4 of their Complaint (ECF 1) against Defendants National Marine Fisheries Service and Howard Lutnick. Plaintiffs' suit is filed pursuit to the Administrative Procedure Act ("APA") and challenges the Defendants' actions in preparing the "Biological and Conference Opinion on Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Oil and Gas Program Activities in the Gulf of America," issued on May 20, 2025 (the "2025 BiOp").

      Plaintiffs' Motion for Summary Judgment is supported by the attached Memorandum in

1

Support, the Administrative Record, the Declarations of Holly Hopkins, Edward O'Brien, and Joe Gordon, and the pleadings on file in this case. As these supporting documents make clear, there is no genuine issue of material facts as to Plaintiffs' clams, and Plaintiffs are entitled to summary judgement as a matter of law. Fed. R. Civ. P. 56(a).

Plaintiffs have standing to challenge the 2025 BiOp as set forth in the Declarations of Holly Hopkins, Edward O'Brien, and Joe Gordon. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims assert federal questions arising under the APA and the Endangered Species Act.

Accordingly, for the reasons set forth in the Memorandum, Plaintiffs respectfully request that the Court grant summary judgment in Plaintiffs' favor, declare that the 2025 BiOp and incidental take statement are arbitrary, capricious, and contrary to law, and remand, without vacatur, the 2025 BiOp to the Defendants to timely correct these errors. Fed. R. Civ. P. 56(a).

DATED: August 11, 2025

Respectfully submitted,

/s/ James A. Holmes
JAMES A. HOLMES – BAR #20571
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Tel: (504) 561-5700
jaholmes@christovich.com
kanderson@christovich.com

STOEL RIVES LLP
Ryan P. Steen (*pro hac vice*)
Jason T. Morgan (*pro hac vice*)
Tiffany M. Wang (*pro hac vice*)
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
ryan.steen@stoel.com

ELIZABETH B. MURRILL
Attorney General of Louisiana
/s/ Caitlin A. Huettemann
CAITLIN A. HUETTEMANN –
BAR #40402
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 888-7903
HuettemannC@ag.louisiana.gov
*Attorneys for the State of Louisiana*

jason.morgan@stoel.com
tiffany.wang@stoel.com
*Attorneys for American Petroleum Institute*

/s/ *Michael R. Phillips*
Michael R. Phillips (#21020)
Claire E. Juneau (#33209)
Jeffrey J. Gelpi (#37130)
KEAN MILLER LLP
BankPlus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
(504) 585-3050
mike.phillips@keanmiller.com
claire.juneau@keanmiller.com
jeff.gelpi@keanmiller.com

Sarah C. Bordelon (*pro hac vice*)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

Sean Marotta (*pro hac vice*)
Dana A. Raphael (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

*Counsel for Plaintiff Chevron U.S.A. Inc.*

3