ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
SARA M. WARREN, Trial Attorney (GA Bar No. 966948)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469 (Backer)
Tel: (202) 598-5785 (Warren)
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov
Email: sara.warren@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES | * | |
| SERVICE, et al., | * | |
| | * | |
| *Defendants*, | * | |
| | * | |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants National Marine Fisheries Service ("NMFS") and Howard Lutnick, in his official capacity as Secretary of the United States Department of Commerce, cross move for summary judgment on all claims by Plaintiffs in the above-referenced case and oppose Plaintiffs' Motion for Summary Judgment, ECF No. 33. As

1

explained in the attached Memorandum, NMFS lawfully discharged its duties under the Endangered Species Act ("ESA") and the Administrative Procedure Act in issuing the 2025 programmatic biological opinion ("BiOp") challenged in this case. In the BiOp, NMFS evaluated a vast array of oil and gas activities throughout the Gulf of America and thoroughly assessed their potential impacts on ESA-listed species. It reviewed the best available scientific information and reached rational conclusions based on its expert judgment and the entire administrative record. Plaintiffs have not carried their burden of showing that NMFS failed to consider relevant factors or made a clear error of judgment. Accordingly, the Court should grant Defendants' Cross-Motion for Summary Judgment and deny Plaintiffs' Motion for Summary Judgment. A proposed order is attached.

Dated: September 15, 2025

ADAM R.F. GUSTAFSON,
Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Email: davis.backer@usdoj.gov

SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 307-1147
Email: sara.warren@usdoj.gov

*Attorneys for Defendants*