# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES SERVICE, et al., | * | |
| | * | |
| *Defendants*, | * | |
| | * | |

## ORDER

Upon consideration of Defendants' unopposed motion for a stay of further case management deadlines in light of lapse of appropriations, and for good cause shown, the Court **GRANTS** Defendants' motion and **ORDERS**:

1. Defendants' reply in support of their cross-motion for summary judgment due 28 days after restoration of funding to the Department.

2. Defendants' response to Plaintiffs' motion to complete / supplement the record due 21 days after restoration of funding to the Department.

3. Plaintiffs' reply in support of their motion to complete / supplement the record will be due 7 days after the filing of Defendants' response.

THUS DONE AND SIGNED in Chambers this 8th day of October, 2025.

_____
JAMES D. CAIN JR.
UNITED STATES DISTRICT JUDGE