IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, By and through its Attorney General, LIZ MURRILL,<br><br>AMERICAN PETROLEUM INSTITUTE, and,<br><br>CHEVRON U.S.A. INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, and<br><br>HOWARD LUTNICK, in his official capacity as the Secretary of Commerce,<br><br>      Defendants. | CIVIL ACTION NO. 2:25-cv-00691-JDC-TPL<br><br>Hon. James D. Cain, Jr.<br><br>Magistrate Judge Thomas P. LeBlanc |

**JOINT MOTION TO EXTEND THE DEADLINES SET OUT IN THE OCTOBER 8, 2025, CASE MANAGEMENT ORDER AND REQUEST FOR ORAL ARGUMENT**

Plaintiffs the State of Louisiana, the American Petroleum Institute ("API"), and Chevron U.S.A. Inc. ("Chevron") (collectively, "Plaintiffs") and Federal Defendants National Marine Fisheries Service ("NMFS") and Howard Lutnick (collectively, "Federal Defendants") respectfully request that the Court enter the attached proposed order that (1) extends the current briefing schedule by an additional seven days and (2) grants the request to set a hearing date on the cross-motions for summary judgment on the first available date after January 19, 2026.

On October 7, 2025, Federal Defendants timely moved for a stay of further briefing deadlines in light of the lapse of appropriations affecting the United States and the Federal

agencies, including the Department of Justice, and requested that the briefing deadlines in this case be contingent on the effective date of the restoration of federal funding. Dkt. #39. The Court granted the unopposed motion on October 8, 2025. Dkt. #41.

On November 12, 2025, President Trump signed legislation restoring funding to the Department of Justice, which ended the 43-day lapse in appropriations. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Congress (2025). As established in this Court's October 8, 2025, Order, the revised briefing schedule based on the effective date of the restoration of funding is as follows:

- Federal Defendants' reply in support of their cross-motion for summary judgment due December 10, 2025.
- Federal Defendants' response to Plaintiffs' motion to complete / supplement the record due December 3, 2025.
- Plaintiffs' reply in support of their motion to complete / supplement the record due December 10, 2025.

The Parties have met and conferred, and propose the following revised schedule that extends all briefing deadlines in this case by one week due to concerns about Federal Defendants' limited availability in December and conflicting case schedules:

- Federal Defendants' reply in support of their cross-motion for summary judgment due December 17, 2025.
- Federal Defendants' response to Plaintiffs' motion to complete / supplement the record due December 10, 2025.

- Plaintiffs' reply in support of their motion to complete / supplement the record due December 17, 2025.

In addition to the above, the Parties respectfully request that the Court hear oral argument on the cross-motions for summary judgment at the first available date after January 19, 2026, at the Court's convenience.

DATED: November 25, 2025,

Respectfully submitted,

*/s/James A. Holmes*
JAMES A. HOLMES – BAR #20571
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Tel: (504) 561-5700
jaholmes@christovich.com


STOEL RIVES LLP
Ryan P. Steen (*pro hac vice*)
Jason T. Morgan (*pro hac vice*)
Tiffany M. Wang (*pro hac vice*)
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
ryan.steen@stoel.com
jason.morgan@stoel.com
tiffany.wang@stoel.com
*Attorneys for American Petroleum Institute*

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ *Caitlin A. Huettemann*
CAITLIN A. HUETTEMANN –
BAR #40402
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 888-7903
HuettemannC@ag.louisiana.gov

*Attorneys for the State of Louisiana*

/s/ *Michael R. Phillips*
Michael R. Phillips (#21020)
Claire E. Juneau (#33209)
Jeffrey J. Gelpi (#37130)
KEAN MILLER LLP
Bank Plus Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
(504) 585-3050
mike.phillips@keanmiller.com
claire.juneau@keanmiller.com
jeff.gelpi@keanmiller.com

Sarah C. Bordelon (*pro hac vice*)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

Sean Marotta (*pro hac vice*)
Dana A. Raphael (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

John S. Moran (*pro hac vice*)
MCGUIREWOODS LLP
888 16th Street N.W. Suite 500
Washington, D.C. 20006
(202) 828-2817
jmoran@mcguirewoods.com

*Counsel for Chevron U.S.A. Inc.*

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 307-1147
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

*Attorneys for Federal Defendants*