IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, By and through its Attorney General, LIZ MURRILL, <br><br>AMERICAN PETROLEUM INSTITUTE, and, <br><br>CHEVRON U.S.A. INC., <br><br>      Plaintiffs, <br><br>v. <br><br>NATIONAL MARINE FISHERIES SERVICE, and <br><br>HOWARD LUTNICK, in his official capacity as the Secretary of Commerce, <br><br>      Defendants. | CIVIL ACTION NO. 2:25-cv-00691-JDC-TPL <br><br>Hon. James D. Cain, Jr. <br><br>Magistrate Judge Thomas P. LeBlanc |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES SET OUT IN THE OCTOBER 8, 2025 CASE MANAGEMENT ORDER AND REQUEST FOR ORAL ARGUMENT

Upon consideration of the Joint Motion to Extend the Deadlines Set Out in the October 8, 2025, Case Management Order and Request for Oral Argument, and for good cause shown, the Court GRANTS the joint motion and ORDERS:

- Federal Defendants' reply in support of their cross-motion for summary judgment due December 17, 2025.

- Federal Defendants' response to Plaintiffs' motion to complete / supplement the record due December 10, 2025.

- Plaintiffs' reply in support of their motion to complete / supplement the record due December 17, 2025.

Oral argument on the Parties' cross-motions for summary judgment shall be heard on _____, 2026.

IT IS SO ORDERED.

Dated: _____        _____
                                                                    HON. JAMES D. CAIN, JR.
                                                                    UNITED STATES DISTRICT JUDGE