UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**STATE OF LOUISIANA ET AL**     **CASE NO.  2:25-CV-00691**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**NATIONAL MARINE FISHERIES SERVICE      MAGISTRATE JUDGE LEBLANC
ET AL**

**MINUTES OF COURT:
Motion Hearing**

| Date: | 1/22/2026 | Presiding: Judge James D. Cain, Jr. | |
|---|---|---|---|
| Court Opened: | 10:13 am | Courtroom Deputy: | Patrice Jones |
| Court Adjourned: | 11:01 am | Court Reporter: | D D Juranka |
| Statistical Time: | :48 | Courtroom: | CR4 |

**APPEARANCES**

| Zachary Faircloth, James A Holmes  (RET) | For | State of Louisiana, Plaintiff |
|---|---|---|
| Jason T Morgan (RET) | For | American Petroleum Institute, Plaintiff |
| Sean Marotta (RET) | For | Chevron U S A Inc, Plaintiff |
| Trial Attorney Davis Aaron Backer | For | National  Marine Fisheries Service, Howard Lutnick, Defendants |

**PROCEEDINGS**

**Case called for Hearing on [34] Cross Motion for Summary Judgment by National Marine Fisheries Service and Howard Lutnick, and [37] Motion to Complete or Supplement Administrative Record by All Plaintiffs.**

Oral MOTION to enroll Zachary Faircloth on behalf of State of Louisiana, no objection, Court GRANTS the Motion.

Oral argument received from Counsels for Plaintiffs and Counsel for Defendant.

Court took the matter under advisement and a ruling will be issued.