UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:25-CV-00691** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NATIONAL MARINE FISHERIES SERVICE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Complete or Supplement the Administrative Record [doc. 37] and Motion for Summary Judgment [doc. 33] filed by plaintiffs be **GRANTED** and that the Cross-Motion for Summary Judgment [doc. 34] filed by defendants be **DENIED**. Plaintiffs are given **14 days** from this ruling to file a brief addressing the remedy issues described in the Memorandum Ruling and defendants will have an additional **14 days** to file a response. A separate ruling will issue then issue on the appropriate remedies.

**THUS DONE AND SIGNED** in Chambers on the 23rd day of January, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE