UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

STATE OF LOUISIANA ET AL        CASE NO.  2:25-CV-00691

VERSUS        JUDGE JAMES D. CAIN, JR.

NATIONAL  MARINE FISHERIES        MAGISTRATE JUDGE LEBLANC
SERVICE ET AL

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion to Complete or Supplement the

Administrative Record [doc. 37] and Motion for Summary Judgment [doc. 33] filed by

plaintiffs be **GRANTED** and that the Cross-Motion for Summary Judgment [doc. 34] filed

by defendants be **DENIED**. Plaintiffs are given **14 days** from this ruling to file a brief

addressing the remedy issues described in the Memorandum Ruling and defendants will

have an additional **14 days** to file a response. A separate ruling will issue then issue on the

appropriate remedies.

     **THUS DONE AND SIGNED** in Chambers on the 23rd day of January, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE