UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

STATE OF LOUISIANA ET AL          CASE NO.  2:25-CV-00691

VERSUS          JUDGE JAMES D. CAIN, JR.

NATIONAL  MARINE  FISHERIES SERVICE     MAGISTRATE JUDGE LEBLANC
ET AL

## JUDGMENT

For the reasons stated in the accompanying Order and the court's previous Memorandum Ruling [doc. 53], this matter is hereby **REMANDED** to the National Marine Fisheries Service to address the deficiencies identified in the 2025 Biological Opinion and Incidental Take Statement under the timeline and conditions outlined in the accompanying Order, without vacatur of the 2025 Biological Opinion and Incidental Take Statement. The court retains jurisdiction over this matter to enforce its judgment during the pendency of the remand. The parties shall notify the court when the remand is complete so that the case may be closed.

THUS DONE AND SIGNED in Chambers on the 20th day of February, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE