**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES | * | |
| SERVICE, et al., | * | |
| | * | |
| *Federal Defendants*, | * | |
| | * | |

**UNOPPOSED MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 60(B)**

Pursuant to Federal Rule of Civil Procedure 60(b), Federal Defendants respectfully move the Court for relief from the Court's remedy order that remanded the National Marine Fisheries Service's ("NMFS") 2025 Biological Opinion ("2025 BiOp") regarding oil and gas program activities in the Gulf of America. *See* ECF 59, 60.

As explained in the attached Memorandum, after the Court entered judgment, the Endangered Species Committee granted an exemption from the requirements of the Endangered Species Act ("ESA") for oil and gas program activities in the Gulf of America. With the exemption, the ESA no longer applies to the action reviewed in NMFS's 2025 BiOp, and there is no longer a need for NMFS to provide a new or supplemental biological opinion over that exempted agency action. Prospective application of the Court's remedy order is therefore no longer equitable, and the Court should grant Federal Defendants' motion. Plaintiffs do not oppose the relief sought in Federal Defendants' motion, and a proposed order is attached.

Dated: April 27, 2026        Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE,
Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-5785
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

**Attorneys for Federal Defendants**

2