**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES | * | |
| SERVICE, et al., | * | |
| | * | |
| *Federal Defendants*, | * | |
| | * | |

### RULE 7.4.1 CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.4.1, the undersigned counsel respectfully submits that she has conferred with counsel for Plaintiffs the State of Louisiana, American Petroleum Institute, and Chevron U.S.A. Inc. regarding Federal Defendants' Federal Rule of Civil Procedure 60(b) motion. Counsel for Plaintiffs indicated that Plaintiffs do not oppose the relief sought in the motion.

The undersigned respectfully requests that the Court allow filing of Federal Defendants' Unopposed Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b).

Dated: April 27, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE,
Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
United States Department of Justice

Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-5785
Fax: (202) 305-0275
Email: sara.warren@usdoj.gov

DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

***Attorneys for Federal Defendants***