### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al., | * | |
| | * | Hon. James D. Cain, Jr. |
| *Plaintiffs*, | * | Mag. Judge Thomas P. LeBlanc |
| | * | |
| v. | * | |
| | * | Civil No.: 2:25-cv-00691-JDC-TPL |
| NATIONAL MARINE FISHERIES | * | |
| SERVICE, et al., | * | |
| | * | |
| *Federal Defendants*, | * | |
| | * | |

### [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)

This matter is before the Court on Federal Defendants' Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b). Upon consideration, the Court **GRANTS** Federal Defendants' Motion. The remedy is hereby modified [ECF 59, 60], only to the extent that Federal Defendants are relieved of the requirement to complete a remand of the 2025 BiOp.

Dated:_____, 2026

By:_____

        THE HON. JAMES D. CAIN JR.
        UNITED STATES DISTRICT JUDGE