## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al.,       *

     *       Hon. James D. Cain, Jr.

     *Plaintiffs*,       *       Mag. Judge Thomas P. LeBlanc

     *

     v.       *

     *       Civil No.: 2:25-cv-00691-JDC-TPL

NATIONAL MARINE FISHERIES       *

SERVICE, et al.,       *

     *

     *Federal Defendants*,       *

     *

## ORDER GRANTING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)

This matter is before the Court on Federal Defendants' Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b). Upon consideration, and noting the lack of opposition from Plaintiffs, the Court **GRANTS** Federal Defendants' Motion. The remedy is hereby modified [ECF 59, 60], only to the extent that Federal Defendants are relieved of the requirement to complete a remand of the 2025 BiOp.

THUS DONE AND SIGNED in Chambers this 29th day of April, 2026.

JAMES D. CAIN JR.
UNITED STATES DISTRICT JUDGE