# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 04, 2026

Mr. Daniel J. McCoy
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 26-30235   State of LA v. Natl Marine Fisheries
                USDC No. 2:25-CV-691

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Shatyra Rasheed, Deputy Clerk
           504-310-7646

cc:
    Mr. Christopher Anderson
    Mr. Davis Aaron Backer
    Mr. James Aristide Holmes

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 4, 2026

Lyle W. Cayce
Clerk

_____

No. 26-30235

_____

STATE OF LOUISIANA; AMERICAN PETROLEUM INSTITUTE;
CHEVRON U.S.A. INCORPORATED,

*Plaintiffs—Appellees*,

*versus*

NATIONAL MARINE FISHERIES SERVICE; HOWARD LUTNICK,
*Secretary, U.S. Department of Commerce, in his official capacity, incorrectly
named as Howard Lutnik*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:25-CV-691

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of May 04, 2026, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

S. Rasheed

By: _____

Shatyra Rasheed, Deputy Clerk

ENTERED AT THE DIRECTION OF THE
COURT